THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK MASSOLLES et al., Appellants, *v.* JOSEPH P. HENNESSY et al., Composing the Board of Assessors of the City of New York, Respondents.

*People ex rel. Massolles* v. *Hennessy*, 149 App. Div. 952, affirmed. (Argued February 28, 1913; decided March 4, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 8, 1912, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendants to award to relators damages alleged to have been caused them by the change of grade of Prospect Place in the borough of Brooklyn.

*Albert W. Linton* for appellants.

*Archibald R. Watson, Corporation Counsel (Charles J. Nehrbas* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs, without prejudice to renewed application to board of assessors; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.